# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**K.J. BRUBAKER, A.C. RUGH, T.P. BELSKY**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**NICOLAS RAMIREZ**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201500315**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 26 May 2015.
**Military Judge**: LtCol L.J. Francis, USMC.
**Convening Authority**: Commanding Officer, 1st Light Armored Reconnaissance Battalion, 1st Marine Division (Rein), Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation**: LtCol D.C. Young, USMC.
**For Appellant**: CDR Suzanne M. Lachelier, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**14 January 2016**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court